UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA WOOD, an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAXIM HEALTHCARE STAFFING, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00863-MCE-AC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MAXIM HEALTHCARE STAFFING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Current Response Date: July 12, 2022<br>New Response Date: July 26, 2022<br><br>Complaint Served: May 24, 2022 |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

ORDER GRANTING
EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT

**ORDER**

Based on the Parties' Joint Stipulation to Extend Time for Defendant to Respond to Plaintiff's Complaint, and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The deadline for Defendant Maxim Healthcare Staffing, Inc. to file and serve a response to Plaintiff's Complaint shall be extended from July 12, 2022, to July 26, 2022.

**IT IS SO ORDERED.**

Dated: July 11, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE